STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant REED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 14-643 [JCS] |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| v. | ) | |
| NIJAH REED, | ) | |
| Defendant. | ) | |

The parties stipulate to the following modification of Ms. Reed's conditions of release: Ms. Reed's curfew on July 4, 2016 is extended to 11:00pm.

The parties respectfully inform the Court that pre-trial services officer Josh Libby has been informed of, and does not object to, this modification, as long as all other condition of her release remain the same.

IT IS SO STIPULATED.

Dated: June 30, 2016                                      /s/
                                                          _____
                                                          LLOYD FARNHAM
                                                          SARAH HAWKINS
                                                          Assistant United States Attorney

14-643                                     1

|   |   |
|---|---|
|   | /s/ |
| Dated: June 30, 2016 | GALIA AMRAM |
|   | Attorney for Defendant |

### [PROPOSED] ORDER

Ms. Reed's curfew on July 4, 2016 is extended to 11:00pm.

**IT IS SO ORDERED**.

DATED: July 1, 2016

THE HON.
UNITED ... JUDGE

*IT IS SO ORDERED*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14-643                                    2