STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM
Assistant Federal Public Defender
DANIEL BLANK
Assistant Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
ELLEN LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:     (415) 436-7706

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID MADLOCK,<br>MATTHEW MUMPHREY,<br>LATONYA CAREY,<br>CRYSTAL ANTHONY,<br>DARLENE ROUSE,<br>ACACIA MCNEAL,<br>ANITA DIXON,<br>AARON MATTHEWS,<br>NIJAH REED,<br>TIANA REDDIC,<br>TIFFANY CROSS,<br>SHOLANDA ADAMS,<br><br>            Defendants. | No. CR 14-643 EMC<br><br>**STIPULATION RE: WAIVER OF APPEARANCE OF NIJAH REED** |

## I. STIPULATION

Defendant Nijah Reed is unable to excuse herself from work on September 20, 2016. The parties stipulate that her appearance on that date is waived.

Respectfully submitted,

Dated: September 15, 2016            */s/*
_____
GALIA AMRAM
Assistant Federal Public Defender

Dated: September 15, 2016            */s/*
_____
SARAH K. HAWKINS
LLOYD A. FARNHAM
Assistant United States Attorneys



*UNITED STATES V. MUMPHREY*, CR 14-643 EMC
STIPULATION RE: WAIVER OF APPEARANCE            2